IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LLOYD ALLEN JONES,

    Appellant,

v.

U.S. BANK, N.A., and
AMERICA'S SERVICING COMPANY,

    Appellees.

3:18-cv-01680
(JUDGE MARIANI)

(BANKRUPTCY APPEAL)

## ORDER

AND NOW, THIS 11th DAY OF OCTOBER 2019, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Appellant Lloyd Allen Jones' "Motion for Stay of Order Pending Appeal" (Doc. 5) is **DENIED**.

Robert D. Mariani
United States District Judge